**Order entered January 29, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00975-CV

### IN RE: THE BIG 12 CONFERENCE, INC.

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00585-A**

## ORDER
Before Justices Bridges and Brown[1]

Before the Court is real party in interest Kolby Listenbee's motion for immediate temporary suspension of December 21, 2018 order and for clarification. We **DENY** his motion. The trial court's January 3, 2019 order vacating its July 23, 2018 order denying relators' plea in abatement and granting relators' plea in abatement effectively abated the underlying proceeding.

/s/    DAVID L. BRIDGES
JUSTICE

---

[1] Justice Boatright was originally on the panel; however, as of January 1, 2019, he is no longer a justice on the Court and did not participate in deciding this motion.